# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Sharmell Taylor**
        Plaintiff(s)

vs.                           **CASE NUMBER: 5:24-cv-188 (DNH/MJK)**

**Experian Information Solutions, Inc., Experian and Credit Acceptance Corporation**
        Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED that 1. The Report & Recommendation (Dkt. No. 7) is ACCEPTED; and 2. Plaintiff's complaint is DISMISSED without leave to amend.

All of the above pursuant to the order of the Honorable **David N. Hurd**, dated May 23, 2024.

DATED: May 23, 2024

                                                 _John Domurad_
                                                 Clerk of Court

                                                 s/Kathy Rogers
                                                 Deputy Clerk